USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/29/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                          :

DANIEL DE LUNA HERNANDEZ, *et. al.,*     :
                          :

               Plaintiffs,    :    **ORDER**

                          :

         -v-              :    18-CV-3919 (JLC)

                          :

CITY CATERING CAFE INC., *et. al.*,     :

                          :

             Defendants.   :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      As the parties have now twice failed to file a stipulation of dismissal after the Court

directed them to do so (Dkt. Nos. 50, 51), and were advised that the Court would close the case if

they failed to do so by August 28, the Court hereby directs the Clerk of Court to close this case.

      **SO ORDERED.**

Dated: August 29, 2019
       New York, New York

                                _____
                                JAMES L. COTT
                                United States Magistrate Judge